# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIE BRYANT,**

        **Plaintiff,**

**-vs-**              Case No.  6:10-cv-1608-Orl-22GJK

**ENHANCED RECOVERY CORPORATION,**

        **Defendant.**

_____

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiff that the above-styled action has been settled (Doc. No. 5). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

ORDERED and ADJUDGED that this cause is hereby DISMISSED without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are DENIED as moot. The Clerk is directed to CLOSE the file.

DONE and ORDERED in Chambers in Orlando, Florida on December 15, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

*ANNE C. CONWAY*
United States District Judge